IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NOTHERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

VS.                                              COURT NO. 5:08-cr-00028DCB-JCS-1

BOBBY LEE BANKS                                             DEFENDAN

## ORDER ALLOWING REMISSION ON FINE

This cause came on for consideration on United States' Motion for Remission of Fine of (Dkt. #25) in accordance with the provisions of 18 U.S.C. 3573 for remission of all of the unpaid portion of the fine imposed on March 11, 2009, in this cause.

The Court has considered the Motion and finds that it is well taken and should be granted.

Wherefore, all of the unpaid portion of the fine imposed on March 11, 2009, is hereby remitted.

SO ORDERED this the  21st  day of  April       , 2015.

s/David Bramlette
HONORABLE DAVID C. BRAMLETTE
UNITED STATES DISTRICT JUDGE